Motion to resettle order granted. The judgment of this court should be settled on notice, and will be entered in this court. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ERNEST BOLLE, Respondent, v. CLINTON DRY DOCKS, INC., Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

RACHEL BONNER, Appellant, v. CELIA WOLSKY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

DAVID CAMPION and Another, Individually and as Copartners, etc., Appellants, v. NEW YORK TRIBUNE, INC., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning and Kapper, JJ.; Young, J., not voting.

DAVID CAMPION and Another, Individually and as Copartners, etc., Appellants, v. NEW YORK TRIBUNE, INC., and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Manning and Kapper, JJ.; Young, J., not voting.

DAVID CAMPION and Another, Individually and as Copartners, etc., Appellants, v. PRESS PUBLISHING COMPANY and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Manning and Kapper, JJ.; Young, J., not voting.

BENJAMIN CHAUS, Respondent, v. SAMUEL REBOLD, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MAX COHEN, Respondent, v. RIGA FOGELHUT and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

DOROTHY DAAB, by FREDERICK F. P. DAAB, Her Guardian ad Litem, Respondent, v. FRANCIS MCDERMOTT, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JACOB I. DUBERSTEIN, Appellant, v. SAMUEL N. BERLIN, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JACOB I. DUBERSTEIN, Appellant, v. BERNARD TROSKY, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOHN S. GAYNOR, Respondent, v. MICHAEL J. GAYNOR and Another, Appellants. — Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ROBERT R. GRAHAM, Respondent, v. MIDDLETOWN HEBREW ASSOCIATION, INC., and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case